DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ERNEST SHAW, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2091

_____

November 19, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pasco County; Mary M. Handsel, Judge.

PER CURIAM.

Affirmed.

NORTHCUTT, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.